Jean-Paul Ciardullo (CA Bar No. 284170)
email: jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065

*Attorneys for Plaintiffs*
*Sub-Zero, Inc. and Wolf Appliance, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SUB-ZERO, INC. and WOLF APPLIANCE, INC., <br><br> *Plaintiffs,* <br><br> vs. <br><br> HENRY WASSERMAN, <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 2:18-cv-428

**COMPLAINT**

Plaintiffs Sub-Zero, Inc. ("Sub-Zero") and Wolf Appliance, Inc. ("Wolf"), by their attorneys Foley & Lardner LLP, allege as follows for their complaint against defendant Henry Wasserman ("Wasserman"):

## NATURE OF THE ACTION

1.      This is an action at law and equity for trademark infringement, cybersquatting, false advertising and unfair competition pursuant to the Lanham Act and the common law.

COMPLAINT

**THE PARTIES**

2.      Plaintiff Sub-Zero is a Wisconsin corporation with its principal place of business at 4717 Hammersley Road, Madison, Wisconsin, 53711.

3.      Plaintiff Wolf is a Wisconsin corporation with its principal place of business at 4717 Hammersley Road, Madison, Wisconsin, 53711.

4.      Defendant Wasserman is an individual residing at 21801 Roscoe Blvd. #212, Canoga Park, CA  91304.  Wasserman owns and operates the websites at issue in this action.

**JURISDICTION**

5.      This Court has jurisdiction over the subject matter of this action because this is a civil matter arising under the trademark laws of the United States, 15 U.S.C. §§ 1051-1127, jurisdiction being conferred by 15 U.S.C. § 1121, 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

6.      This Court has pendant jurisdiction and supplemental jurisdiction over all related claims in accordance with 28 U.S.C. §§ 1338(b) and 1367.

7.      Venue in this judicial district is proper pursuant to 28 U.S.C. §1391 because Wasserman resides in this district and a substantial part of the events giving rise to plaintiffs' claims occurred in this district.

8.      This Court has personal jurisdiction over Wasserman because Wasserman has his principal place of residence in Canoga Park, California, he conducts continuous and systematic business activities in California, and a substantial portion of Wasserman's acts giving rise to plaintiffs' claims occurred in California.

**FACTS**

9.      Sub-Zero and Wolf are two of the premier manufacturers of high-performance, high-quality kitchen appliances in the world.  Sub-Zero and Wolf are sibling corporations that are both wholly-owned subsidiaries of Sub-Zero Group, Inc.

4816-9636-1553.1

10.     Sub-Zero is in the business of manufacturing and selling a wide variety of high-quality refrigerators, freezers and wine storage cabinets.

11.     Wolf is in the business of manufacturing and selling a wide variety of high-quality ovens, ranges, cooktops, microwave ovens, and related kitchen and cooking appliances.

12.     The proper installation, repair and maintenance of their products is vitally important to Sub-Zero and Wolf and to maintaining the value of their brands.

13.     To protect that interest, Sub-Zero and Wolf maintain a network of authorized repair companies for their products.   Sub-Zero and Wolf require their authorized repair companies to meet strict training and quality standards.

**The Sub-Zero Registered Trademarks**

14.     Sub-Zero has used the SUB-ZERO word mark and various forms of the SUB-ZERO logo mark in connection with its products and services continuously in interstate commerce since at least as early as 1945.

15.     In recognition of Sub-Zero's longstanding and exclusive use of those marks and the public's association of those marks with Sub-Zero's products and services, the United States Patent and Trademark Office ("PTO") has issued several trademark registrations to Sub-Zero.

16.     On June 13, 1989, the PTO issued to Sub-Zero U.S. Trademark Registration No. 1,543,399, for the word mark SUB-ZERO for use in connection with refrigerators and freezers.  A true and correct copy of the registration information for that mark taken from the PTO's Trademark Electronic Search System ("TESS") is attached as **Exhibit A**.

17.     On December 4, 1990, the PTO issued to Sub-Zero U.S. Trademark Registration No. 1,625,853, for the SUB-ZERO logo mark for use in connection with refrigerators and freezers.  Below is an image of that logo mark:

COMPLAINT



18.    A true and correct copy of the registration information for this mark taken from the PTO's TESS website is attached as **Exhibit B**.

19.    On September 30, 2008, the PTO issued to Sub-Zero U.S. Trademark Registration No. 3,507,324, for the word mark SUB-ZERO for use in connection with the installation, repair and maintenance of kitchen appliances.  A true and correct copy of the registration information for that mark taken from the PTO's TESS website is attached as **Exhibit C**.

20.    On July 8, 2014, the PTO issued to Sub-Zero U.S. Trademark Registration No. 4,564,796 for an updated SUB-ZERO logo mark for use in connection with refrigerators, freezers, temperature controlled wine storage cabinets, and the installation, repair and maintenance of kitchen appliances.  Below is an image of that logo mark:

21.    A true and correct copy of the registration information for this mark taken from the PTO's TESS website is attached as **Exhibit D**.

22.    On August 30, 2005, the PTO issued to Sub-Zero U.S. Trademark Registration No. 2,990,095 for the word mark THE LIVING KITCHEN for use in connection with retail stores with showrooms that feature kitchen appliances.  A true and correct copy of the registration information for this mark taken from the PTO's TESS website is attached as **Exhibit E**.

COMPLAINT

4816-9636-1553.1

**The Wolf Registered Trademarks**

23.    Wolf has used the WOLF word mark and the WOLF logo mark in connection with its products and services continuously in interstate commerce since at least as early as 2001.

24.    In recognition of Wolf's longstanding and exclusive use of those marks and the public's association of those marks with Wolf's products and services, the PTO has issued several trademark registrations to Wolf.

25.    On March 18, 2003, the PTO issued to Wolf U.S. Trademark Registration No. 2,698,313, for the word mark WOLF for use in connection with domestic gas and electric cooking appliances, namely, ranges, cooktops, wall ovens, microwave ovens, ventilation hoods for ranges, barbeque grills and warming ovens. A true and correct copy of the registration information for that mark taken from the PTO's TESS is attached as **Exhibit F**.

26.    On May 13, 2003, the PTO issued to Wolf U.S. Trademark Registration No. 2,716,174, for the word mark WOLF for use in connection with servicing of domestic gas and electric cooking appliances. A true and correct copy of the registration information for that mark taken from the PTO's TESS is attached as **Exhibit G**.

27.    On February 24, 2009, the PTO issued to Wolf U.S. Trademark Registration No. 3,578,568 for the WOLF logo mark for use in connection with domestic gas and electric cooking appliances, namely, ranges, cooktops, wall ovens, microwave ovens, ventilation hoods for ranges, barbeque grills and warming ovens, and the servicing, repair and maintenance of domestic gas and electric cooking appliances. Below is an image of that logo mark:



-5-

COMPLAINT

4816-9636-1553.1

28.    A true and correct copy of the registration information for that mark taken from the PTO's TESS is attached as **Exhibit H**.

### Wasserman's Willful Infringement of the Sub-Zero and Wolf Marks

29.    Wasserman is the registrant for at least 26 websites for appliance repair services that use the SUB-ZERO and WOLF registered marks without permission.  Many of the websites use the SUB-ZERO mark in their domain name.  Many of the websites also falsely state or suggest that their owners are "authorized," "certified," or "factory-trained" by Sub-Zero and/or Wolf or otherwise falsely suggest a connection or affiliation between the websites' owners and Sub-Zero and/or Wolf.

30.    Below is an alphabetical list of the infringing Wasserman websites that Sub-Zero and Wolf have identified thus far.  In each instance, neither Wasserman nor anyone else associated with the website is authorized to use the Sub-Zero and Wolf marks, nor are their purported repair services authorized, certified or in any way affiliated with Sub-Zero or Wolf.

31.    **Appliancerepairlosangeles.com:**    Wasserman is the registrant of the website with the domain name appliancerepairlosangeles.com.  This website repeatedly displays the SUB-ZERO and WOLF logos and repeatedly falsely states that it offers "authorized service" of Sub-Zero and Wolf appliances.

32.    **Appliancerepairlosangeles.net:**  Wasserman is the registrant of the website with the domain name appliancerepairlosangeles.net.  This website repeatedly displays the WOLF logo.

33.    **Appliancerepairservice.co:**    Wasserman is the registrant of and administrative contact for the website with the domain name appliancerepairservice.co. This website repeatedly displays the SUB-ZERO and WOLF logos.

34.    **Authorizedappliancerepair.org:**    Wasserman is the registrant of and administrative    contact    for    the    website    with    the    domain    name authorizedappliancerepair.org.  This website repeatedly displays the SUB-ZERO and

WOLF logos.

35. **Authorizedapplianceservice.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name authorizedapplianceservice.biz. This website repeatedly displays the SUB-ZERO and WOLF logos and repeatedly falsely states that it offers "authorized" repair services.

36. **Authorizedrepair.org:** Wasserman is the registrant of and administrative contact for the website with the domain name authorizedrepair.org. This website repeatedly displays the SUB-ZERO and WOLF logos and falsely states that it offers "authorized" repair services.

37. **Dallasappliancerepair.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name dallasappliancerepair.biz. This website displays the SUB-ZERO and WOLF logos, falsely states that it offers "authorized" repair services for Sub-Zero and Wolf products, and contains a page describing the history of Sub-Zero in a manner that falsely suggests an affiliation between the website's owners and Sub-Zero.

38. **Dallasfortworthappliancerepair.info:** Wasserman is the registrant of and administrative contact for the website with the domain name dallasfortworthappliancerepair.info. This website displays the SUB-ZERO and WOLF logos, falsely states that it offers "authorized" repair services for Sub-Zero and Wolf products, and contains a page describing the history of Sub-Zero in a manner that falsely suggests an affiliation between the website's owners and Sub-Zero.

39. **Dallasfortworthappliancerepair.net:** Wasserman is the registrant of and administrative contact for the website with the domain name dallasfortworthappliancerepair.net. This website displays the SUB-ZERO and WOLF logos, falsely states that it offers "authorized" repair services for Sub-Zero and Wolf products, and contains a page describing the history of Sub-Zero in a manner that falsely suggests an affiliation between the website's owners and Sub-Zero.

40. **Dryerrepair.biz:** Wasserman is the registrant of and administrative contact

4816-9636-1553.1

for the website with the domain name dryerrepair.biz. This website repeatedly displays the SUB-ZERO logo and repeatedly falsely states that it offers "certified" and "authorized factory trained technicians" for repairing freezers and wine coolers.

41. **Houstonauthorizedrepair.com:** Wasserman is the registrant of the website with the domain name houstonauthorizedrepair.com. This website prominently displays the SUB-ZERO and WOLF logos and THE LIVING KITCHEN mark on its home page, displays the logos in other locations, and repeatedly falsely states that it offers "Authorized Repair Service" by technicians who are "officially recognized" and have "certificates."

42. **Knrepair.com:** Wasserman is the registrant of the website with the domain name knrepair.com. This website repeatedly displays the SUB-ZERO and WOLF logos and repeatedly falsely states that it offers "factory authorized technicians" for repairing Sub-Zero and Wolf products.

43. **Losangelesappliancerepair.net:** Wasserman is the registrant of the website with the domain name losangelesappliancerepair.net. This website displays the SUB-ZERO and WOLF logos, falsely states that its repairs may be covered by a SUB-ZERO or WOLF warranty, and contains a page describing the history of Sub-Zero in a manner that suggests an affiliation between the website's owners and Sub-Zero.

44. **Myapplianecerepairhouston.com:** Wasserman is the registrant of the website with the domain name myappliancerepairhoustom.com. This website repeatedly displays the SUB-ZERO and WOLF logos and repeatedly falsely states that it offers "factory authorized" service for Sub-Zero and Wolf products.

45. **Myappliancerepairla.com:** Wasserman is the registrant of the website with the domain name myappliancerepairla.com. This website displays the SUB-ZERO and WOLF logos and falsely states that it is a "certified repair company" that offers "factory authorized appliance service" and "factory trained" repair service for Sub-Zero and Wolf products.

46. **Newyorkappliancerepair.us:** Wasserman is the registrant of and

administrative contact for the website with the domain name newyorkappliancerepair.us. This website repeatedly displays the SUB-ZERO and WOLF logos and falsely states that it offers "factory authorized appliance service and repair" for Sub-Zero and Wolf products.

47.    **Ovenrepair.co:**  Wasserman is the registrant of and administrative contact for the website with the domain name ovenrepair.co.  This website repeatedly displays the SUB-ZERO logo and repeatedly falsely states that it offers "authorized" repair services.

48.    **Ovenrepair.us:**  Wasserman is the registrant of and administrative contact for the website with the domain name ovenrepair.us.  This website repeatedly displays the SUB-ZERO logo and repeatedly falsely states that it offers "authorized" repair services.

49.    **Quickfixappliancerepair.com:**  Wasserman is the registrant of the website with the domain name quickfixappliancerepair.com.  This website repeatedly displays the SUB-ZERO and WOLF logos.

50.    **Refrigeratorrepair.co:**  Wasserman is the registrant of and administrative contact for the website with the domain name refrigeratorrepair.co.  This website repeatedly displays a modified version of the SUB-ZERO logo and repeatedly falsely states that it offers "Authorized Service" and "factory trained" and "authorized" technicians for repairing Sub-Zero refrigerators.

51.    **Subzeroappliancerepair.net:**  Wasserman is the registrant of the website with the domain name subzeroappliancerepair.net.  In addition to using the SUB-ZERO word mark in its domain name, this website displays the SUB-ZERO and WOLF logos and falsely states "We use original Sub-Zero parts direct from the manufacturer."

52.    **Subzerorepairservice.info:**  Wasserman is the registrant of and administrative contact for the website with the domain name subzerorepairservice.info. In addition to using the SUB-ZERO word mark in its domain name, the website repeatedly displays the SUB-ZERO and WOLF logos and repeatedly falsely states that it

COMPLAINT

offers "authorized service and repair" of Sub-Zero and Wolf products.

53. **Subzerorepairservice.mobi:** Wasserman is the registrant of and administrative contact for the website with the domain name subzerorepairservice.mobi. In addition to using the SUB-ZERO word mark in its domain name, the website repeatedly displays the SUB-ZERO and WOLF logos and repeatedly falsely states that it offers "authorized service and repair" of Sub-Zero and Wolf products.

54. **Subzerorepairservice.net:** Wasserman is the registrant of and administrative contact for the website with the domain name subzerorepairservice.net. In addition to using the SUB-ZERO word mark in its domain name, the website repeatedly displays modified versions of the SUB-ZERO logo and refers to itself as "SubZero," stating that "SubZERO is committed to Honest Service We Fix Appliances Rather than Replace Them." The website also states that it is "partners" with the websites refrigeratorrepair.co, dryerrepair.biz, ovenrepair.co, and washerrepair.biz, all of which, as elsewhere in this Complaint, also contain infringing content.

55. **Sugarlandappliancerepair.com:** Wasserman is the registrant of the website with the domain name sugarlandappliancerepair.com. This website repeatedly displays the SUB-ZERO and WOLF logos and contains a page describing the history of Sub-Zero in a manner that suggests an affiliation between the website's owners and Sub-Zero.

56. **Washerrepair.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name washerrepair.biz. This website repeatedly displays the SUB-ZERO logo and repeatedly falsely states that it offers "certified" and "authorized expert technicians" who "specialize" in repairing Sub-Zero products.

57. In addition, Wasserman is the registrant of the following domain names: subzerorefrigerator.biz, subzerorefrigerator.info, subzerorefrigerator.net, subzerorefrigerator.org, subzerorefrigerator.us, subzerorepair.info, and subzerorepair.org.

58. Wasserman is the registrant of and the administrative contact for the following domain names: subzerorepairservice.biz and subzerorepairservice.org.

59.    The domain names identified in paragraphs 54 and 55 do not currently connect to active websites.  However, Wasserman intends to use those domain names, each of which feature the SUB-ZERO mark in the domain name, in the future for websites that will infringe Sub-Zero's and Wolf's trademark rights.

60.    Wasserman's infringement of Sub-Zero's and Wolf's trademark rights is knowing and willful.  In 2014, Sub-Zero and Wolf sent Wasserman a letter demanding that he cease similar infringing conduct on several websites, including some of the websites described in this complaint.  A copy of that letter is attached as **Exhibit I**.  At that time, Wasserman agreed to remove the infringing content from those websites, but he has now resumed his infringing acts.

## COUNT I

## INFRINGEMENT OF REGISTERED TRADEMARKS
## IN VIOLATION OF 15 U.S.C. § 1114

61.    Sub-Zero and Wolf incorporate by reference the allegations in paragraphs 1 through 60 as if fully restated here.

62.    Sub-Zero and Wolf are the owners of the marks and federal trademark registrations described in this Complaint.  The registrations are prima facie evidence of the Plaintiffs' ownership of and the validity of the marks in the United States.

63.    As a result of Sub-Zero and Wolf's long-time, extensive and widespread use of those marks in connection with their kitchen appliance products and repair services, consumers have come to identify Sub-Zero and Wolf as the sole sources of their respective goods and services sold under those marks.

64.    Wasserman is using the Sub-Zero and Wolf marks without authorization in interstate commerce to market and sell kitchen appliance repair services.

65.    Wasserman's unauthorized use of the Sub-Zero and Wolf marks is likely to cause confusion, mistake or deception among consumers regarding the source of Wasserman's goods and services or the sponsorship, affiliation, connection or association

COMPLAINT

between Wasserman and Sub-Zero and Wolf.

66.    Wasserman's acts constitute trademark infringement in violation of 15 U.S.C. § 1114.

67.    Sub-Zero and Wolf have suffered and are continuing to suffer monetary damages and irreparable harm as a result of Wasserman's ongoing acts of trademark infringement.

68.    Wasserman is engaging in these acts of infringement knowingly and willfully.

## COUNT II

## FALSE DESIGNATION OF ORIGIN/FALSE ADVERTISING
## IN VIOLATION OF 15 U.S.C. § 1125

69.    Sub-Zero and Wolf incorporate by reference the allegations in paragraphs 1 through 60 as if fully restated here.

70.    Sub-Zero and Wolf are the owners of the marks and the federal trademark registrations described in this Complaint.

71.    As a result of Sub-Zero and Wolf's long-time, extensive and widespread use of those marks in connection with their kitchen appliance products and repair services, consumers have come to identify Sub-Zero and Wolf as the sole sources of their respective goods and services sold under those marks.

72.    Wasserman's use of the Sub-Zero and Wolf marks is likely to cause confusion, mistake or deception as to the source or origin of Wasserman's goods and services, or suggest an affiliation, connection, or association of Wasserman's goods and services with Sub-Zero and Wolf, or the approval of Wasserman's goods and services by Sub-Zero and Wolf.

73.    Wasserman's use in some of the websites of statements representing that the sites' owners are "authorized," "certified" or "factory-trained," and other false statements described in this Complaint, are misrepresentations regarding the nature, character or

4816-9636-1553.1

qualities of the services offered on those sites.

74.    Wasserman's acts constitute false designation of origin and false advertising in violation of 15 U.S.C. § 1125.

75.    Sub-Zero and Wolf have suffered and are continuing to suffer monetary damages and irreparable harm as a result of Wasserman's ongoing violations of law.

76.    Wasserman is engaging in these acts of infringement knowingly and willfully.

## COUNT III

## CYBERSQUATTING IN VIOLATION OF 15 U.S.C. § 1125(d)

77.    Sub-Zero and Wolf incorporate by reference the allegations in paragraphs 1 through 60 as if fully restated here.

78.    Wasserman has registered, is using and is trafficking in the domain names subzeroappliancerepair.net,    subzerorepairservice.info,    subzerorepairservice.mobi, subzerorepairservice.net,    subzerorefrigerator.biz,    subzerorefrigerator.info, subzerorefrigerator.net,    subzerorefrigerator.org,    subzerorefrigerator.us, subzerorepair.info,    subzerorepair.org,    subzerorepairservice.biz    and subzerorepairservice.org.

79.    The domain names identified in paragraph 78 are confusingly similar with Sub-Zero's SUB-ZERO mark.

80.    Sub-Zero's rights in its distinctive SUB-ZERO marks long predate Wasserman's  registration of the domain names identified in paragraph 78.

81.    Wasserman registered and is using the domain names identified in paragraph 78 with bad faith intent to trade off of the goodwill of and profit from the SUB-ZERO marks.

82.    Wasserman's acts constitute cybersquatting in violation of 15 U.S.C. § 1125(d).

83.    Sub-Zero has suffered and is continuing to suffer monetary damages and

-13-

COMPLAINT

irreparable harm as a result of Wasserman's ongoing violations of law.

## COUNT IV

### COMMON LAW UNFAIR COMPETITION

84.    Sub-Zero and Wolf incorporate by reference the allegations in paragraphs 1 through 83 as if fully restated here.

85.    Wasserman's acts as alleged herein constitute unfair competition in violation of the common law.

86.    Sub-Zero and Wolf have suffered and are continuing to suffer monetary damages and irreparable harm as a result of Wasserman's ongoing acts of unfair competition.

## COUNT V

### CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200 ET SEQ.

87.    Sub-Zero and Wolf incorporate by reference the allegations in paragraphs 1 through 83 as if fully restated here.

88.    Wasserman's acts as alleged herein constitute violations of California Business & Professions Code §§ 17200 et seq.

89.    Sub-Zero and Wolf have suffered and are continuing to suffer monetary damages and irreparable harm as a result of Wasserman's ongoing acts of unfair competition.

4816-9636-1553.1

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, Sub-Zero and Wolf pray for the following relief:

A.    An order that Wasserman, all businesses associated with the domain names for which Wasserman is a registrant, and all others in active concert or participation with them or who receive actual notice of the order, be permanently enjoined and restrained from:

        i.    Using the SUB-ZERO and WOLF word marks and logos, and the THE LIVING KITCHEN word mark, or any similar marks in connection with the sale, offer for sale, advertising, promotion or marketing of any goods or services;

        ii.    Registering domain names containing the SUB-ZERO or WOLF registered marks or any similar marks;

        iii.    Engaging in any act likely to confuse, mislead, or deceive others into believing that Wasserman or any business associated with the domain names for which Wasserman is a registrant, or any business, goods or services that emanate from or are associated with Wasserman or those businesses, are connected with, associated with, sponsored by, or approved by, Sub-Zero or Wolf;

        iv.    Aiding or abetting any other person in committing any of the acts prohibited by (i) through (iii) above.

B.    An order directing Wasserman and all businesses associated with the domain names for which Wasserman is a registrant to remove the following from all websites identified in this Complaint and all other websites with which they are affiliated:  the SUB-ZERO and WOLF word marks; the SUB-ZERO and WOLF logo marks; Sub-Zero's THE LIVING KITCHEN mark; all statements suggesting in any way that the persons associated with those websites or businesses are "authorized," "certified" or "factory trained" by Sub-Zero or Wolf  or are otherwise approved by,

endorsed by, sponsored by, or connected or affiliated in any way with, Sub-Zero or Wolf.

C.    An order requiring Wasserman to provide to the owner of each business associated with the domain names identified in this Complaint a copy of the Court's orders granting injunctive relief to Sub-Zero and Wolf in this action.

D.    An order requiring Wasserman to file with the Court and serve upon Sub-Zero and Wolf a report in writing, under oath, setting forth in detail the manner and form in which Wasserman has complied with the terms of the injunction entered by this Court.

E.    An order transferring ownership of the domain names subzeroappliancerepair.net, subzerorepairservice.info, subzerorepairservice.mobi, subzerorepairservice.net, subzerorefrigerator.biz, subzerorefrigerator.info, subzerorefrigerator.net, subzerorefrigerator.org, subzerorefrigerator.us, subzerorepair.info, subzerorepair.org, subzerorepairservice.biz and subzerorepairservice.org, from Wasserman to Sub-Zero.

F.    An award of all profits derived by Wasserman from his infringement of Sub-Zero's and Wolf's rights and Wasserman's unfair competition, and all other sums by which Wasserman has been unjustly enriched, including but not limited to all amounts Wasserman received from third parties for use of the domain names described herein and for creating the content for the websites associated with those domain names.

G.    An award of all damages incurred by reason of Wasserman's infringement of Sub-Zero's and Wolf's rights and Wasserman's unfair competition.

H.    An order finding this case to be exceptional under 15 U.S.C. § 1117(a).

I.    An award of treble Wasserman's profits resulting from his wrongful acts, treble Sub-Zero's and Wolf's damages, and Sub-Zero's and Wolf's  attorneys' fees and costs, pursuant to 15 U.S.C. § 1117.

4816-9636-1553.1

1        J.     An award of statutory damages in amount to be determined by the

2    Court pursuant to 15 U.S.C. § 1117(d).

3        K.    In accordance with the common law, an award of Wasserman's

4    wrongful profits resulting from its aforesaid wrongful acts, Sub-Zero's and Wolf's actual

5    damages, and exemplary and punitive damages in a sum sufficient to deter such

6    wrongful acts in the future.

7        L.     An award to Sub-Zero and Wolf of their costs, disbursements and

8    attorneys' fees of this action as otherwise permitted by law.

9        M.    An award of such other and further relief as the Court deems just and

10   equitable.

DATED:  January 17, 2018     **FOLEY & LARDNER LLP**

/s/ Jean-Paul Ciardullo
Jean-Paul Ciardullo

*Attorneys for Plaintiffs*
*Sub-Zero, Inc. and Wolf Appliance, Inc.*

-17-

COMPLAINT

# **DEMAND FOR JURY TRIAL**

Plaintiffs request a trial by jury of any issues so triable by right.

DATED:  January 17, 2018          **FOLEY & LARDNER LLP**

/s/ Jean-Paul Ciardullo
Jean-Paul Ciardullo

*Attorneys for Plaintiffs*
*Sub-Zero, Inc. and Wolf Appliance, Inc.*

COMPLAINT

4816-9636-1553.1