# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-0428- SS | Date | January 9, 2019 |
|---|---|---|---|
| Title | Sub-Zero, Inc. v. Henry Wasserman | | |

Present: The Honorable **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER (1) VACATING STATUS CONFERENCE AND (2) DISMISSING ACTION WITH JURISDICTION TO ENFORCE SETTLEMENT

THE COURT having been advised by counsel for the parties that the above-entitled action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if the settlement is not consummated. IT IS FURTHER ORDERED that all dates set in this action are hereby vacated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

IT IS SO ORDERED.

:

Initials of Preparer     mr