Jean-Paul Ciardullo (CA Bar No. 284170)
email: jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065

*Attorneys for Plaintiffs*
*Sub-Zero, Inc. and Wolf Appliance, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUB-ZERO, INC. and WOLF APPLIANCE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HENRY WASSERMAN, <br><br> Defendant. | Case No. 2:18-cv-428 –SS <br><br> ORDER AND CONSENT JUDGMENT |

1. This action was commenced by plaintiffs Sub-Zero, Inc. ("Sub-Zero") and Wolf Appliance, Inc. ("Wolf"), alleging against defendant Henry Wasserman ("Wasserman") claims for infringement of registered trademarks in violation of 15 U.S.C. § 1114, false designation of origin and false advertising in violation of 15 U.S.C. § 1125, cybersquatting in violation of 15 U.S.C. § 1125(d), common law unfair competition, and violations of California Business & Professional Code §§ 17200, et seq. Sub-Zero, Wolf and Wasserman have agreed to settle all of those claims by entry of this Order and Consent Judgment as set forth below.

2. Each party has read this Order and Consent Judgment and agrees to be fully

bound by its terms.

## Findings of Fact and Conclusions of Law

3. Plaintiff Sub-Zero is a Wisconsin corporation with its principal place of business at 4717 Hammersley Road, Madison, Wisconsin, 53711.

4. Plaintiff Wolf is a Wisconsin corporation with its principal place of business at 4717 Hammersley Road, Madison, Wisconsin, 53711.

5. Defendant Wasserman is an individual residing at 5727 Etiwanda Ave. #5, Tarzana, CA 91356 Wasserman owns and operates the websites at issue in this action.

6. This Court has jurisdiction over the subject matter of this action because this is a civil matter arising under the trademark laws of the United States, 15 U.S.C. §§ 1051-1127, jurisdiction being conferred by 15 U.S.C. § 1121, 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

7. This Court has pendant jurisdiction and supplemental jurisdiction over all related claims in accordance with 28 U.S.C. §§ 1338(b) and 1367.

8. Sub-Zero and Wolf are two of the premier manufacturers of high-performance, high-quality kitchen appliances in the world. Sub-Zero and Wolf are sibling corporations that are both wholly-owned subsidiaries of Sub-Zero Group, Inc.

9. Sub-Zero is in the business of manufacturing and selling a wide variety of high-quality refrigerators, freezers and wine storage cabinets.

10. Wolf is in the business of manufacturing and selling a wide variety of high-quality ovens, ranges, cooktops, microwave ovens, and related kitchen and cooking appliances.

11. The proper installation, repair and maintenance of their products is vitally important to Sub-Zero and Wolf and to maintaining the value of their brands.

12. To protect that interest, Sub-Zero and Wolf maintain a network of "factory certified" repair companies for their products. Sub-Zero and Wolf require their "factory certified" repair companies to meet strict training and quality standards.

13. Sub-Zero has used the SUB-ZERO word mark and various forms of the SUB-ZERO logo mark in connection with its products and services continuously in interstate commerce since at least as early as 1945.

14. In recognition of Sub-Zero's longstanding and exclusive use of those marks and the public's association of those marks with Sub-Zero's products and services, the United States Patent and Trademark Office ("PTO") has issued several trademark registrations to Sub-Zero.

15. On June 13, 1989, the PTO issued to Sub-Zero U.S. Trademark Registration No. 1,543,399, for the word mark SUB-ZERO for use in connection with refrigerators and freezers.

16. On December 4, 1990, the PTO issued to Sub-Zero U.S. Trademark Registration No. 1,625,853, for the SUB-ZERO logo mark for use in connection with refrigerators and freezers. Below is an image of that logo mark:



17. On September 30, 2008, the PTO issued to Sub-Zero U.S. Trademark Registration No. 3,507,324, for the word mark SUB-ZERO for use in connection with the installation, repair and maintenance of kitchen appliances.

18. On July 8, 2014, the PTO issued to Sub-Zero U.S. Trademark Registration No. 4,564,796 for an updated SUB-ZERO logo mark for use in connection with refrigerators, freezers, temperature controlled wine storage cabinets, and the installation, repair and maintenance of kitchen appliances. Below is an image of that logo mark:



19. On August 30, 2005, the PTO issued to Sub-Zero U.S. Trademark Registration No. 2,990,095 for the word mark THE LIVING KITCHEN for use in connection with retail stores with showrooms that feature kitchen appliances.

20. Wolf has used the WOLF word mark and the WOLF logo mark in connection with its products and services continuously in interstate commerce since at least as early as 2001.

21. In recognition of Wolf's longstanding and exclusive use of those marks and the public's association of those marks with Wolf's products and services, the PTO has issued several trademark registrations to Wolf.

22. On March 18, 2003, the PTO issued to Wolf U.S. Trademark Registration No. 2,698,313, for the word mark WOLF for use in connection with domestic gas and electric cooking appliances, namely, ranges, cooktops, wall ovens, microwave ovens, ventilation hoods for ranges, barbeque grills and warming ovens.

23. On May 13, 2003, the PTO issued to Wolf U.S. Trademark Registration No. 2,716,174, for the word mark WOLF for use in connection with servicing of domestic gas and electric cooking appliances.

24. On February 24, 2009, the PTO issued to Wolf U.S. Trademark Registration No. 3,578,568 for the WOLF logo mark for use in connection with domestic gas and electric cooking appliances, namely, ranges, cooktops, wall ovens, microwave ovens, ventilation hoods for ranges, barbeque grills and warming ovens, and the servicing, repair and maintenance of domestic gas and electric cooking appliances. Below is an image of that logo mark:



25. Wasserman is the registrant for at least 26 websites for appliance repair services that have used the SUB-ZERO and WOLF registered marks without permission. Many of the websites use the SUB-ZERO mark in their domain name. Many of the

ORDER AND CONSENT JUDGMENT

websites also falsely state or suggest that their owners are "authorized," "certified," or "factory-trained" by Sub-Zero and/or Wolf or otherwise falsely suggest a connection or affiliation between the websites' owners and Sub-Zero and/or Wolf.

26. Below is an alphabetical list of the infringing Wasserman websites that Sub-Zero and Wolf have identified in this litigation. In each instance, neither Wasserman nor anyone else associated with the website is authorized to use the Sub-Zero and Wolf marks, nor are their purported repair services authorized, certified or in any way affiliated with Sub-Zero or Wolf.

27. **Appliancerepairlosangeles.com:** Wasserman is the registrant of the website with the domain name appliancerepairlosangeles.com. This website repeatedly displayed the SUB-ZERO and WOLF logos and repeatedly falsely stated that it offers "authorized service" of Sub-Zero and Wolf appliances.

28. **Appliancerepairlosangeles.net:** Wasserman is the registrant of the website with the domain name appliancerepairlosangeles.net. This website repeatedly displayed the WOLF logo.

29. **Appliancerepairservice.co:** Wasserman is the registrant of and administrative contact for the website with the domain name appliancerepairservice.co. This website repeatedly displayed the SUB-ZERO and WOLF logos.

30. **Authorizedappliancerepair.org:** Wasserman is the registrant of and administrative contact for the website with the domain name authorizedappliancerepair.org. This website repeatedly displayed the SUB-ZERO and WOLF logos.

31. **Authorizedapplianceservice.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name authorizedapplianceservice.biz. This website repeatedly displayed the SUB-ZERO and WOLF logos and repeatedly falsely stated that it offers "authorized" repair services.

32. **Authorizedrepair.org:** Wasserman is the registrant of and administrative contact for the website with the domain name authorizedrepair.org. This website

repeatedly displayed the SUB-ZERO and WOLF logos and falsely stated that it offered "authorized" repair services.

33. **Dallasappliancerepair.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name dallasappliancerepair.biz. This website displayed the SUB-ZERO and WOLF logos, falsely stated that it offers "authorized" repair services for Sub-Zero and Wolf products, and contained a page describing the business history of Sub-Zero in a manner that falsely suggested an affiliation between the website's owners and Sub-Zero.

34. **Dallasfortworthappliancerepair.info:** Wasserman is the registrant of and administrative contact for the website with the domain name dallasfortworthappliancerepair.info. This website displayed the SUB-ZERO and WOLF logos, falsely stated that it offered "authorized" repair services for Sub-Zero and Wolf products, and contained a page describing the history of Sub-Zero in a manner that falsely suggested an affiliation between the website's owners and Sub-Zero.

35. **Dallasfortworthappliancerepair.net:** Wasserman is the registrant of and administrative contact for the website with the domain name dallasfortworthappliancerepair.net. This website displayed the SUB-ZERO and WOLF logos, falsely stated that it offers "authorized" repair services for Sub-Zero and Wolf products, and contained a page describing the history of Sub-Zero in a manner that falsely suggested an affiliation between the website's owners and Sub-Zero.

36. **Dryerrepair.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name dryerrepair.biz. This website repeatedly displayed the SUB-ZERO logo and repeatedly falsely stated that it offers "certified" and "authorized factory trained technicians" for repairing freezers and wine coolers.

37. **Houstonauthorizedrepair.com:** Wasserman is the registrant of the website with the domain name houstonauthorizedrepair.com. This website prominently displayed the SUB-ZERO and WOLF logos and THE LIVING KITCHEN mark on its home page, displayed the logos in other locations, and repeatedly falsely stated that it offers

"Authorized Repair Service" by technicians who are "officially recognized" and have "certificates."

38. **Knrepair.com:** Wasserman is the registrant of the website with the domain name knrepair.com. This website repeatedly displayed the SUB-ZERO and WOLF logos and repeatedly falsely stated that it offers "factory authorized technicians" for repairing Sub-Zero and Wolf products.

39. **Losangelesappliancerepair.net:** Wasserman is the registrant of the website with the domain name losangelesappliancerepair.net. This website displayed the SUB-ZERO and WOLF logos, falsely stated that its repairs may be covered by a SUB-ZERO or WOLF warranty, and contained a page describing the history of Sub-Zero in a manner that suggested an affiliation between the website's owners and Sub-Zero.

40. **Myapplianecerepairhouston.com:** Wasserman is the registrant of the website with the domain name myappliancerepairhoustom.com. This website repeatedly displayed the SUB-ZERO and WOLF logos and repeatedly falsely stated that it offered "factory authorized" service for Sub-Zero and Wolf products.

41. **Myappliancerepairla.com:** Wasserman is the registrant of the website with the domain name myappliancerepairla.com. This website displayed the SUB-ZERO and WOLF logos and falsely stated that it is a "certified repair company" that offered "factory authorized appliance service" and "factory trained" repair service for Sub-Zero and Wolf products.

42. **Newyorkappliancerepair.us:** Wasserman is the registrant of and administrative contact for the website with the domain name newyorkappliancerepair.us. This website repeatedly displayed the SUB-ZERO and WOLF logos and falsely stated that it offered "factory authorized appliance service and repair" for Sub-Zero and Wolf products.

43. **Ovenrepair.co:** Wasserman is the registrant of and administrative contact for the website with the domain name ovenrepair.co. This website repeatedly displayed the SUB-ZERO logo and repeatedly falsely stated that it offered "authorized" repair services.

44. **Ovenrepair.us:** Wasserman is the registrant of and administrative contact for the website with the domain name ovenrepair.us. This website repeatedly displayed the SUB-ZERO logo and repeatedly falsely stated that it offered "authorized" repair services.

45. **Quickfixappliancerepair.com:** Wasserman is the registrant of the website with the domain name quickfixappliancerepair.com. This website repeatedly displayed the SUB-ZERO and WOLF logos.

46. **Refrigeratorrepair.co:** Wasserman is the registrant of and administrative contact for the website with the domain name refrigeratorrepair.co. This website repeatedly displayed a modified version of the SUB-ZERO logo and repeatedly falsely stated that it offered "Authorized Service" and "factory trained" and "authorized" technicians for repairing Sub-Zero refrigerators.

47. **Subzeroappliancerepair.net:** Wasserman is the registrant of the website with the domain name subzeroappliancerepair.net. In addition to using the SUB-ZERO word mark in its domain name, this website displayed the SUB-ZERO and WOLF logos and falsely stated "We use original Sub-Zero parts direct from the manufacturer."

48. **Subzerorepairservice.info:** Wasserman is the registrant of and administrative contact for the website with the domain name subzerorepairservice.info. In addition to using the SUB-ZERO word mark in its domain name, the website repeatedly displayed the SUB-ZERO and WOLF logos and repeatedly falsely stated that it offers "authorized service and repair" of Sub-Zero and Wolf products.

49. **Subzerorepairservice.mobi:** Wasserman is the registrant of and administrative contact for the website with the domain name subzerorepairservice.mobi. In addition to using the SUB-ZERO word mark in its domain name, the website repeatedly displayed the SUB-ZERO and WOLF logos and repeatedly falsely stated that it offered "authorized service and repair" of Sub-Zero and Wolf products.

50. **Subzerorepairservice.net:** Wasserman is the registrant of and administrative contact for the website with the domain name subzerorepairservice.net. In addition to using the SUB-ZERO word mark in its domain name, the website repeatedly displayed modified

versions of the SUB-ZERO logo and referred to itself as "SubZero," stating that "SubZERO is committed to Honest Service We Fix Appliances Rather than Replace Them." The website also stated that it is "partners" with the websites refrigeratorrepair.co, dryerrepair.biz, ovenrepair.co, and washerrepair.biz, all of which also contained infringing content.

51. **Sugarlandappliancerepair.com:** Wasserman is the registrant of the website with the domain name sugarlandappliancerepair.com. This website repeatedly displayed the SUB-ZERO and WOLF logos and contained a page describing the history of Sub-Zero in a manner that suggested an affiliation between the website's owners and Sub-Zero.

52. **Washerrepair.biz:** Wasserman is the registrant of and administrative contact for the website with the domain name washerrepair.biz. This website repeatedly displayed the SUB-ZERO logo and repeatedly falsely stated that it offered "certified" and "authorized expert technicians" who "specialize" in repairing Sub-Zero products.

53. In addition, Wasserman is the registrant of the following domain names: subzerorefrigerator.biz, subzerorefrigerator.info, subzerorefrigerator.net, subzerorefrigerator.org, subzerorefrigerator.us, subzerorepair.info, and subzerorepair.org.

54. Wasserman is the registrant of and the administrative contact for the following domain names: subzerorepairservice.biz and subzerorepairservice.org.

55. Wasserman's infringement of Sub-Zero's and Wolf's trademark rights was knowing and willful. In 2014, Sub-Zero and Wolf sent Wasserman a letter demanding that he cease similar infringing conduct on several websites, including some of the websites described in this complaint. At that time, Wasserman agreed to remove the infringing content from those websites, but later resumed his infringing acts.

Therefore, **IT IS ORDERED AND ADJUDGED:**

A. Defendant Henry Wasserman, all businesses associated with the domain names for which Wasserman is a registrant, and all others in active concert or participation with them or who receive actual notice of this order, are permanently enjoined and restrained from:

    i. Using the SUB-ZERO and WOLF word marks and logo marks, and the THE LIVING KITCHEN word mark, or any similar marks, in connection with the sale, offer for sale, advertising, promotion or marketing of any goods or services, including but not limited to use on Internet websites;

    ii. Registering or using domain names containing the SUB-ZERO or WOLF word marks or any similar marks;

    iii. Engaging in any act likely to confuse, mislead, or deceive others into believing that Wasserman or any business associated with the domain names for which Wasserman is a registrant, or any business, goods or services that emanate from or are associated with Wasserman or those businesses, are connected with, associated with, sponsored by, or approved by, Sub-Zero or Wolf;

    iv. Aiding or abetting any other person in committing any of the acts prohibited by (i) through (iii) above.

B. Henry Wasserman and all businesses associated with the domain names for which Wasserman is a registrant or administrator shall immediately remove the following from all websites identified in this Complaint and all other websites with which they are affiliated: the SUB-ZERO and WOLF word marks; the SUB-ZERO and WOLF logo marks; Sub-Zero's THE LIVING KITCHEN mark; all statements suggesting in any way that the persons associated with those websites or businesses are "authorized," "certified" or "factory trained" by Sub-Zero or Wolf or are otherwise approved by, endorsed by, sponsored by, or connected or affiliated in any way with, Sub-Zero or Wolf;

all photographs of Sub-Zero and Wolf products; and all statements describing the business history of Sub-Zero and Wolf.

      C.    Within ten (10) days of the entry of this Order and Consent Judgment, Wasserman shall provide each business associated with the domain names identified above a copy of this Order and Consent Judgment.

      D.    Within thirty (30) days of the entry of this Order and Consent Judgment, Wasserman shall file with the Court and serve upon Sub-Zero and Wolf a report in writing, under oath, setting forth in detail the manner and form in which Wasserman has complied with the terms of the injunction entered by this Court.

      E.    All of Wasserman's right, title, and interests in the following Internet domain names are hereby transferred to Sub-Zero, Inc.: subzeroappliancerepair.net, subzerorepairservice.info, subzerorepairservice.mobi, subzerorepairservice.net, subzerorefrigerator.biz, subzerorefrigerator.info, subzerorefrigerator.net, subzerorefrigerator.org, subzerorefrigerator.us, subzerorepair.info, subzerorepair.org, subzerorepairservice.biz and subzerorepairservice.org. Wasserman shall cooperate with Sub-Zero in taking any additional actions necessary to effectuate these transfers.

**SO ORDERED,** this __1__ day of __FEBRUARY__ 2019.

_____
Suzanne H. Segal
U.S. Magistrate Judge

-11-

ORDER AND CONSENT JUDGMENT

**CONSENTED TO:**

Date: 1/11/19

/s/ Jean-Paul Ciardullo
**FOLEY & LARDNER LLP**
Jean-Paul Ciardullo

*Attorneys for Plaintiffs*
*Sub-Zero, Inc. and Wolf Appliance, Inc.*

Date: 1/6/19

Henry Wasserman