UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUB-ZERO, INC. and WOLF APPLIANCE, INC., <br><br> *Plaintiffs*, <br><br> vs. <br><br> HENRY WASSERMAN, <br><br> *Defendant*. | Case No. 2:18-cv-428-JFW-MARx <br><br> **ORDER GRANTING STIPULATION AND REQUEST TO CONDUCT LOCAL RULE 7-3 CONFERENCE BY VIDEO** |

On January 3, 2025, Plaintiffs, Sub-Zero, Inc. and Wolf Appliance, Inc. and Defendant, Henry Wasserman, (collectively, the "Parties") filed a Stipulation and Request to Conduct Local Rule 7-3 Conference by Video (the "Stipulation").

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation, and ORDERS as follows:

The Parties may conduct the Local Rule 7-3 conference of counsel in connection with Plaintiffs' contemplated Motion for Contempt and for Sanctions against Defendant by video.

IT IS SO ORDERED.

DATE: January 6, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE