1  Naikang Tsao (CA Bar No. 164180)
2  FOLEY & LARDNER LLP
   150 East Gilman Street
3  Madison, WI 53703
   608-258-4250 (t)
4  608-258-4258 (f)
   ntsao@foley.com
5
6  Ashley M. Koley (CA Bar No. 334723)
   FOLEY & LARDNER LLP
7  555 South Flower Street, Suite 3300
   Los Angeles, CA 90071
8  213-972-4535 (t)
   213-486-0065 (f)
9  akoley@foley.com
10
   *Attorney for Plaintiffs Sub-Zero, Inc.*
11 *and Wolf Appliance, Inc.*

12              **IN THE UNITED STATES DISTRICT COURT**

13            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15 SUB-ZERO, INC. and WOLF          Case No. 2:18-cv-428-JFW-MAR
   APPLIANCE, INC.,
16                                   **PLAINTIFFS' NOTICE OF**
                 Plaintiffs,         **MOTION AND MOTION TO**
17                                   **HOLD DEFENDANT IN**
        v.                           **CONTEMPT OF FEBRUARY 1,**
18                                   **2019, ORDER AND CONSENT**
   HENRY WASSERMAN,                  **JUDGMENT AND FOR**
19                                   **SANCTIONS**
                 Defendant.
20                                   Hearing Date: March 3, 2025
                                     Hearing Time: 1:30 p.m. pacific time
21                                   Courtroom: 7A

22

23

24

25

26

27

28
                                     Pls' Notice of Mot. & Mot. to
                                     Hold Def. in Contempt
                                     of Order and for Sanctions
                                     No. 2:18-CV-428-JFW-MAR

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that counsel for Plaintiffs Sub-Zero, Inc. and Wolf Appliances, Inc. file this Motion to Hold Defendant Henry Wasserman in Contempt of the February 1, 2019 Order and Consent Judgment ("2019 Order") (dkt. 32) and for Sanctions ("Motion").

The Motion will be heard on Monday, March 3, 2025 at 1:30 p.m. pacific time, before the Honorable John F. Walter, at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 7A.

For the reasons stated in this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declarations of Naikang Tsao, Carolyn Juarez, Ryan Bergo, Lance Ley, Donna Bohling, Richard Lo, Jim Katzman, Cherise Wiessner, and all accompanying exhibits, all of which are served and filed herewith, Plaintiffs' Proposed Order, and any additional court filings, argument or additional evidence that is permitted by this Court, the Motion should be granted.

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.3

The Motion is made following the conference of lead counsel pursuant to L.R. 7-3, which took place on January 9, 2025 and January 21, 2025, as detailed in the parties' January 23, 2025 Joint Statement Re: Local Rule 7.3 Meet and Confer Conference By Video (dkt. 52), the January 23, 2025 Declaration of Naikang Tsao (Plaintiffs' lead counsel) (dkt. 53), and the January 23, 2025 Declaration of Jeffrey A. Kobulnick (Defendant's lead counsel) (dkt. 54).

In its January 2, 2025 Text Entry Order, this Court wrote that: "If a Motion remains necessary, it shall not be filed until 5 days after each party files the declaration required by this Order." (dkt. 46). Because each party filed the declaration required by this Court's January 2, 2025 text order on January 23, 2025, and the Motion remains necessary, Plaintiffs are filing the Motion today, *i.e.*, five days after the declarations of counsel were filed.

- 2 -

Pls' Notice of Mot. & Mot. to
Hold Def. in Contempt
of Order and for Sanctions
No. 2:18-CV-428-JFW-MAR

4918-5401-2947.1

1    Dated: January 28, 2025                    Respectfully submitted,

2                                               FOLEY & LARDNER LLP

3                                               /s/ *Naikang Tsao*

4                                               Naikang Tsao
                                                ntsao@foley.com
5
                                                Attorney for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               Pls' Notice of Mot. & Mot. to
                                               Hold Def. in Contempt
                                               of Order and for Sanctions
                          - 3 -                 No. 2:18-CV-428-JFW-MAR

1

2

**CERTIFICATE OF SERVICE**

3       The undersigned hereby certifies that a true and correct copy of the above

4   document has been served via the Court ECF system on January 28, 2025, upon

5   counsel of record for Defendant.

6

7                                          /s/ *Naikang Tsao*
                                           Naikang Tsao
8                                          ntsao@foley.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

Pls' Notice of Mot. & Mot. to
Hold Def. in Contempt
of Order and for Sanctions
No. 2:18-CV-428-JFW-MAR

4918-5401-2947.1