Naikang Tsao (CA Bar No. 164180)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
608-258-4250 (t)
608-258-4258 (f)
ntsao@foley.com

Ashley M. Koley (CA Bar No. 334723)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
213-972-4535 (t)
213-486-0065 (f)
akoley@foley.com

*Attorney for Plaintiffs Sub-Zero, Inc. and Wolf Appliance, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUB-ZERO, INC. and WOLF APPLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY WASSERMAN,<br><br>Defendant. | Case No. 2:18-cv-428-JFW-MAR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO HOLD DEFENDANT IN CONTEMPT OF FEBRUARY 1, 2019, ORDER (RENEWED) AND FEBRUARY 21, 2025 ORDER AND STATEMENT OF DECISION**<br><br>Hearing Date: May 12, 2025<br>Hearing Time: 1:30 p.m. pacific time<br>Courtroom: 7A |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Plaintiffs Sub-Zero, Inc. and Wolf Appliance, Inc. file this Motion to Hold Defendant Henry Wasserman in Contempt of the February 1, 2019 Order and Consent Judgment ("2019 Order," Docket No. 32) and the February 21, 2025 Order and Statement of Decision (together, "2025 Order," Docket Nos. 74, 75).

The Motion will be heard on Monday, May 12, 2025 at 1:30 p.m. pacific time, before the Honorable John F. Walter, at the United States Courthouse, 350 W. First Street, Los Angeles, CA 90012, Courtroom 7A.

For the reasons stated in this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Jacob DeWitte, and all accompanying exhibits, all of which are served and filed herewith, Plaintiffs' Proposed Order, and any additional court filings, argument or additional evidence that is permitted by the Court, the Motion should be granted.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.3**

This Motion is made following the conference of lead counsel pursuant to L.R. 7-3, which took place on April 4, 2025, as detailed in the parties' April 8, 2025 Joint Statement Re: Local Rule 7.3 Meet and Confer Re: Plaintiffs' Motion to Hold Defendant in Contempt of 2019 Order (Renewed) and 2025 Order (Docket No. 94).

Pursuant to § 5(b) of the December 23, 2024 Standing Order (Docket No. 38), the parties' L.R. 7-3 meet and confer occurred at least five days prior to the filing of this Motion.

Dated: April 14, 2025              Respectfully submitted,

FOLEY & LARDNER LLP

/s/ *Naikang Tsao*
Naikang Tsao
ntsao@foley.com

Attorney for Plaintiffs

Pls' Notice of Mot. & Mot. to Hold Def. in Contempt of 2019 and 2025 Orders No. 2:18-CV-428-JFW-MAR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served via the Court ECF system on April 14, 2025, upon counsel of record for Defendant.

/s/ *Naikang Tsao*
Naikang Tsao
ntsao@foley.com

Attorney for Plaintiffs

Pls' Notice of Mot. & Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-CV-428-JFW-MAR