Naikang Tsao (CA Bar No. 164180)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
608-258-4250 (t)
608-258-4258 (f)
ntsao@foley.com

Ashley M. Koley (CA Bar No. 334723)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
213-972-4535 (t)
213-486-0065 (f)
akoley@foley.com

*Attorney for Plaintiffs Sub-Zero, Inc. and Wolf Appliance, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SUB-ZERO, INC. and<br>WOLF APPLIANCE, INC.,<br><br>           Plaintiffs,<br><br>   v.<br><br>HENRY WASSERMAN,<br><br>           Defendant. | Case No. 2:18-cv-00428-JFW-MAR<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO HOLD DEFENDANT IN CONTEMPT OF FEBRUARY 1, 2019 ORDER (RENEWED) AND FEBRUARY 21, 2025 ORDER AND STATEMENT OF DECISION**<br><br>Hearing Date: May 12, 2025<br>Hearing Time: 1:30 p.m. pacific time<br>Courtroom: 7A |

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 & 2025 Orders
No. 2:18-cv-00428-JFW-MAR

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................ 1

BACKGROUND ................................................................................................. 2

I.    2019 ORDER (Docket No. 32) ........................................................ 2

II.   2025 ORDER (Docket Nos. 74, 75) ............................................... 3

III.  WASSERMAN'S ONGOING VIOLATIONS OF THE 2019 AND 2025 ORDERS ..... 6

    A.   Sub-Zero/Wolf ........................................................................ 6

        1.   \<officialwolfservice.support\> ...................................... 6

        2.   \<subzeroappliance.support\> ......................................... 7

        3.   \<wolfappliancesupport.co\> ......................................... 8

        4.   \<seasonalsubzerorepair.co\> ........................................ 9

    B.   Box Appliance ...................................................................... 10

        1.   \<boxappliance.repair\> ................................................ 10

        2.   \<boxappliancerepair.mx\> ........................................... 12

    C.   Seasonal Comfort ................................................................ 13

        1.   \<seasonalappliancerepair.co\> .................................... 13

    D.   Wilshire Refrigeration ......................................................... 13

        1.   \<wilshireappliance.co\> ............................................... 14

LEGAL STANDARD ....................................................................................... 14

ARGUMENT .................................................................................................... 15

I.    WASSERMAN SHOULD BE HELD IN CONTEMPT OF THE 2019 AND 2025 ORDERS. .......................................................................................... 15

    A.   Sub-Zero has shown, by clear and convincing evidence, that Wasserman continues to violate both the 2019 Order and the 2025 Order ......................................................... 16

    B.   Wasserman's violations of the 2019 Order and the 2025 Order do not reflect substantial compliance. ............................... 16

    C.   Wasserman's ongoing violations of the 2019 and 2025 Order are not based on a good faith and reasonable interpretation of those Orders ............................................. 18

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 & 2025 Orders
No. 2:18-cv-00428-JFW-MAR

i

       D.     Wasserman cannot show that he took all reasonable steps to comply with the 2019 and 2025 Orders, but was unable to. ......................................................................... 19

II.     Sub-Zero Should Be Granted The Following Relief. ....................... 19

CONCLUSION ...................................................................................... 20

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

ii

# TABLE OF AUTHORITIES

Page(s)

**CASES**

*Patagonia, Inc. v. The 18A Chronicles LLC,*
2023 WL 3963787 (C.D. Cal. May 22, 2023) ....................................................15, 16, 19

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

iii

Plaintiffs Sub-Zero, Inc. and Wolf Appliance, Inc. (together, "Sub-Zero") seek an order holding defendant Henry Wasserman ("Wasserman") in contempt of the Court's February 21, 2025 Order and Statement of Decision (together, "2025 Order," Docket Nos. 74, 75), which found Wasserman to be in contempt of the February 1, 2019 Order and Consent Judgment ("2019 Order," Docket No. 32). Wasserman's ongoing conduct violates both the 2019 Order and the 2025 Order.

## INTRODUCTION

Wasserman takes the view that it is up to Sub-Zero to *find* infringing domain name or website associated with him, and until it does so, Wasserman can continue to maintain the false narrative that his associates in Ukraine—including at least Oleksandr Kliuiev ("Oleksandr") and Daniil Kliuiev ("Daniil")—and elsewhere are independent actors whose conduct is beyond Wasserman's control.

But the Court already has rejected this fiction. *See* Docket No. 75 at 6 ("[E]ven after Defendant transferred the <subzerorepairservice.us> domain name to Oleksandr on December 13, 2024, Defendant continued to control the content of that website."), 7 ("Defendant had control of the <subzeroappliancerepairnet> domain name and could have transferred it to Plaintiffs in response to the 2019 Order."), 8 (Defendant "continues to control" the <subzeroappliances.support> and <wolfappliance.care> domain names and "his objective in directing Oleksandr" to remove references to "henryslist" on the domain name registrations and websites "was to delete evidence tracing the infringing domain names back to Defendant rather than taking those infringing domain names and websites down."), 10 ("Defendant directs Oleksandr's and Daniil's activities and controls the content of infringing websites—*e.g.*, <subzerorepairservice.us>—even after Defendant transferred the domain name for that website to Oleksandr.").

The truth of the matter is that, just as Wasserman previously directed an $11 million criminal fraud ring (Docket Nos. 75 at 11; 55-1 at 1), he is directing the fraud ring here, by having his Ukrainian associates create domain names and websites to impersonate Sub-

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

Zero and its Factory Certified Service providers such as Box Appliance ("Box"), and then sending Sub-Zero customers who mistakenly contact the fake websites to imposter repair companies who go to Sub-Zero's customers' homes and defraud them. This is what it means when Wasserman vaguely says he "buy[s] leads . . . and resell[s] them." Docket No. 68-1 at 2 (¶ 4).

The brazenness of Wasserman's conduct speaks for itself. Having been ordered by the Court to disclose all domain names that he and his associates registered or used, which reference SUBZERO, WOLF, BOX, SEASONAL or WILSHIRE, by March 10, 2025 (Docket No. 75 at 14), Wasserman disclosed *no* domain names (not previously identified in Sub-Zero's contempt motion), based again on the fiction that he does not "*currently* own or control" any other domain names. Docket No. 81 at 2 (¶ 3). Moreover, in blatant disregard of the 2019 Order, Wasserman, via his associates in Ukraine, continues to register new infringing domain names, even after the 2025 Order was issued.

Enough is enough. Sub-Zero's renewed motion for contempt should be granted, and Wasserman should be held in contempt of both the 2019 Order (again) and the 2025 Order.

## BACKGROUND

### I.    2019 ORDER (DOCKET NO. 32)

In the 2019 Order, Wasserman admitted that his "infringement of Sub-Zero's and Wolf's trademark rights was *knowing* and *willful*" and that, after receiving Sub-Zero's 2014 cease-and-desist letter, "Wasserman *agreed to remove the infringing content from those websites*, but *later resumed his infringing acts*." Docket No. 32 at 9 (¶ 55).[1]

The 2019 Order permanently enjoined Wasserman, "all businesses associated with the domain names for which Wasserman is a registrant, and all others in active concert or participation with them" from:

>   (i)    Using the SUB-ZERO and WOLF word marks and logo marks,
>
>          . . . in connection with the . . . advertising, promotion or

---

[1] All emphasis in this brief is added unless otherwise noted.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

marketing of any . . . services, including use on Internet websites;

(ii)    Registering or using domain names containing the SUB-ZERO or WOLF word marks or any similar marks;

(iii)    Engaging in any act likely to confuse, mislead, or deceive others into believing that Wasserman or any business associated with the domain names for which Wasserman is a registrant, or any business . . . or services that emanate from or are associated with Wasserman or those businesses, are connected with, associated with, sponsored by, or approved by, Sub-Zero or Wolf; and

(iv)    Aiding or abetting any other person in committing any of the acts prohibited by (i) through (iii) above.

Docket No. 32 at 10.

The 2019 Order also required Wasserman to remove from all websites references to the SUB-ZERO and WOLF word and logo marks, and "all statements suggesting in any way that the persons associated with those websites or businesses are 'authorized,' 'certified' or 'factory trained' by Sub-Zero or Wolf, or are otherwise approved by, endorsed by, sponsored by, or connected or affiliated in any way with Sub-Zero." *Id*. at 10-11.

## II.   2025 ORDER (DOCKET NOS. 74, 75)

The 2025 Order required Wasserman to:

(a)    provide a list of all domain names registered or used by Wasserman, Miriam Munoz, Jenny Cohen, Oleksandr Kliuiev, Daniil Kliuiev, Uaappliance, Irina Inkina, or anyone acting at their direction, which reference SUBZERO, WOLF, BOX, SEASONAL, WILSHIRE, along with the date of registration and date of registration expiration for each domain name, and a certification under oath of the completeness of that list, by March 10, 2025, *i.e.*, within fifteen (15) days of the entry of the 2025

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

3

Order (Docket No. 75 at 14);

(b)    transfer to Sub-Zero all domain names or websites registered or
used by Wasserman, Munoz, Cohen, the Kliuievs, Uaappliance,
Inkina, or anyone acting at their direction, which reference
SUBZERO or WOLF in the domain name, and permanently take
down all domain names that reference BOX, SEASONAL,
WILSHIRE, or variations of those terms, in the domain name,"
subject to a $5,000 daily fine after March 24, 2025, *i.e.*, thirty
(30) days from the entry of the 2025 Order, for continued non-
compliance with the 2019 Order (Docket No. 75 at 14); and

(c)    pay Sub-Zero, by April 22, 2025, a compensatory award of
$50,000 for each infringing domain name/website that was
registered or used after the 2019 Order was entered, including
twelve (12) domain names identified in the 2025 Order, to be
supplemented by the list of domain names that Wasserman was
required to provide in response to the 2025 Order. *Id.* at 14-15.

On March 10, 2025, Wasserman filed a declaration certifying that: "I do not
currently own or control any domain names or websites that include 'Sub-Zero,' 'Wolf,'
'Box Appliance,' or 'Seasonal Comfort.'" Docket No. 81 at 2 (¶ 3).[2] As a result, in
response to and in violation of the 2025 Order, Wasserman did not provide a list of *any*
domain names not already identified by Sub-Zero in its contempt motion.

On March 28, 2025, Wasserman sent an email to Sub-Zero providing the
authorization codes[3] for four domain names (<subzerorepairservice.us>;
<subzeroappliances.support>; <wolfappliance.care>; <realboxappliance.mx>), which

---

[2] Wasserman's declaration does not address WILSHIRE at all, which itself is a violation
of the 2025 Order. *See id.*

[3] Authorization codes are needed to transfer a domain name from one registrant to another.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

Sub-Zero *identified* in its contempt motion (Docket No. 55-1).[4] Wasserman could have provided the authorization codes for these domain names to Sub-Zero years earlier, in response to the 2019 Order, but failed to do so.

As noted in the chart below, Wasserman previously stated (under oath) that he did not own or control any of these four domain names. However, the fact that Wasserman could get his Ukrainian associates to provide domain name transfer authorization codes to him is further evidence that he does in fact exercise control over Oleksandr and Daniil.

| Domain Name | Registrant | Wasserman Prior Denial Of Ownership Or Control |
|---|---|---|
| <subzerorepairservice.us> | Wasserman (registered 12/8/10); transferred to Oleksandr Kliuiev as of 12/13/24[5] | 2/11/25 Wasserman Decl. ¶¶ 18, 22 (denying ownership or control of domain name) (Docket No. 68-1) |
| <subzeroappliances.support> | Henryslist (as of 12/4/24); changed to Uaappliance (as of 1/27/25)[6] | *Id.* |
| <wolfappliance.care> | Henryslist (as of 12/4/24); changed to Uaappliance (as of 1/27/25)[7] | *Id.* |
| <realboxappliance.mx> | Daniil Kliuiev (registered 5/31/23)[8] | *Id.* |

---

[4] 4/14/25 Declaration of Jacob DeWitte ("DeWitte Decl.") ¶ 2 & Ex. A.

[5] Docket No. 75 at 5.

[6] *Id.* at 7-8.

[7] *Id.*

[8] *Id.* at 9; Docket No. 55-1 at 14-15.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

5

### III.    WASSERMAN'S ONGOING VIOLATIONS OF THE 2019 AND 2025 ORDERS

Below are illustrative examples of Wasserman-related domain names and websites, which continue to violate the 2019 Order, and which Wasserman failed to identify or transfer to Sub-Zero, in violation of the 2025 Order. These are only examples; there could be five, ten or a hundred other infringing domain names that Wasserman has failed to identify, as required by the 2025 Order.

### A.    Sub-Zero/Wolf

#### 1.    <officialwolfservice.support>

The <officialwolfservice.support> domain name was registered on February 3, 2025 using privacy protection, listing "Mykolayivska oblast, U[kraine]" as the registrant contact. DeWitte Decl. ¶ 3 & Ex. B at Page 8.[9] On February 12, 2025, Wolf initiated a UDRP action with the Forum to obtain from the Registrar (Cloudfare) the identity of the registrant of the <officialwolfservice.support> domain name. *Id.* ¶ 4. On February 13, Cloudfare sent the Forum an email identifying Oleksandr at "Uaappliance" as the registrant of the <officialwolfservice.support> domain name:

> The WHOIS information is as follows:
>
> Registrant/Admin Name: Oleksandr Kliuiev
> Registrant/Admin Org: Uaappliance
> Registrant/Admin Address: Kosmonavtov 96 2 apt 43, Mykolayv, Mykolaivska oblast
> Registrant/Admin Country: UA
> Registrant/Admin Postal Code: 54028
> Registrant/Admin Phone: +380.635840413
> Registrant/Admin Email: petrovarkin@gmail.com

*Id.* ¶ 5 & Ex. C at Page 12 (2/13/25 email from Cloudfare to Forum).

As excerpted below, the <officialwolfservice.support> website contains much of the same content as the infringing <subzeroappliances.support> and <wolfappliance.care> websites, including the same customer testimonial from "Lacy N."

---

[9] All references to exhibit page numbers are to the added page number in the lower right-hand corner of each page of each exhibit.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR
6

  

*Id.* ¶ 6 & Ex. D at Pages 16, 17, 18; *compare* Docket No. 56-7 (Ex. G at Pages 55-57 (screenshots from <subzeroappliances.support> website), Ex. G at Pages 59-61 (screenshots from <wolfappliance.care> website)). The Court already has ruled that Wasserman controlled these other websites. Docket No. 75 at 7-8.

In addition to using WOLF in the <officialwolfservice.support> domain name, the associated website (excerpted above) violates the 2019 Order (at 10-11) by falsely stating that the "technicians are factory-trained" and the imposter is "a Wolf parts distributor." Docket No. 32 at 10.

Wasserman's failure to identify the <officialwolfservice.support> domain name (by March 10) violates the 2025 Order. Docket No. 75 at 14-15.

## 2. <subzeroappliance.support>

The Court already has ruled that: (a) Wasserman controlled the <subzeroappliances.support> domain name, which was registered on March 6, 2024 and listed "Uaappliance" in Mykolayivska oblast, Ukraine as the registrant;[10] and (b) the registration and use of that domain name and website by Wasserman violated the 2019 Order. Docket No. 75 at 7-8.

Wasserman and his associates also registered the <subzeroappliance.support> domain name, which differs from the <subzeroappliances.support> domain name by a single letter. This illustrates how easy it is for Wasserman to proliferate infringing domain names, and how difficult it is for Sub-Zero to stop Wasserman from defrauding its

---

[10] *See* Docket No. 56-19 (Ex. S at Page 173).

7

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

customers.

The <subzeroappliance.support> domain name was registered on February 15, 2024, and listed "Mykolayivska oblast, U[kraine]" as the registrant contact. DeWitte Decl. ¶ 7 & Ex. E at Page 23. This is the same registrant contact information that Oleksandr used with respect to the <officialwolfservice.support> domain name, discussed above.

Not surprisingly, the <subzeroappliance.support> website has the same content as the <subzeroappliance*s*.support> website, which the Court already has ruled Wasserman controls. Docket No. 75 at 7-8.



DeWitte Decl. ¶ 8 & Ex. F at Pages 27, 30, 32; *compare* Docket No. 56-7 (Ex. G at Pages 55-57 (screenshots from <subzeroappliances.support> website)).

In addition to unlawfully using SUBZERO in the <subzeroappliance.support> domain name, the associated website (excerpted above) violates the 2019 Order by falsely stating that the "technicians are factory-trained" and the imposter is "a Wolf parts distributor." Docket No. 32 at 10-11.

Wasserman's failure to identify the <subzeroappliance.support> domain name (by March 10)—which differed from the <subzeroappliance*s*.support> domain that was the subject of the 2025 Order by a single letter—and his failure to transfer that domain name to Sub-Zero (by March 24) violate the 2025 Order, and evidence his bad faith. Docket No. 75 at 14-15.

**3.    <wolfappliancesupport.co>**

On February 24, 2025—*three days* after the 2025 Order was entered—one of

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

8

Wasserman's associate at "Uaappliance" in Ukraine registered the <wolfappliancesupport.co> domain name. DeWitte Decl. ¶ 9 & Ex. G at Page 34. The <wolfappliancesupport.co> website has the same content as the <officialwolfservice.support> website (excerpted above), down to the same customer testimonial by "Lacy N." *Id.* ¶ 10 & Ex. H at Pages 39, 42, 44.

The <wolfappliancesupport.co> domain name and website violate the 2019 Order and the 2025 Order for the same reasons stated above with respect to <officialwolfservice.support>.

### 4.    <seasonalsubzerorepair.co>

The Court already has ruled that: (a) Wasserman controlled the <seasonalsubzerorepair.co***m***> domain name, which was registered on September 5, 2023 and listed Daniil as the registrant;[11] and (b) the registration and use of that domain name and website by Wasserman and his associates violated the 2019 Order. Docket No. 75 at 10, 15.

Wasserman and his associates also registered and used the <seasonalsubzerorepair.co> domain name, which again differs from the <seasonalsubzerorepair.co***m***> domain name by a single letter.

The <seasonalsubzerorepair.co> domain name was registered on November 11, 2024 and, as of January 7, 2025, lists Oleksandr's organization "Uaappliance" in Mykolayivska oblast, Ukraine as the registrant. DeWitte Decl. ¶ 11 & Ex. I at Page 46.

The <seasonalsubzerorepair.co> website has much of the same content as the other websites discussed above, including the same customer testimonial by "Lacy N."

---

[11] *See* Docket No. 55-1 at 12.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR
9



*Id.* ¶ 12 & Ex. J at Pages 51, 54, 56.

In addition to unlawfully using SUBZERO in the <seasonalsubzerorepair.co> domain name, the associated website (excerpted above) violates the 2019 Order by falsely stating that the "technicians are factory-trained" and the imposter is "a Wolf parts distributor." Docket No. 32 at 10-11.

Wasserman's failure to identify the <seasonalsubzerorepair.co> domain name (by March 10)—even though it differed from the <seasonalsubzerorepair.com> domain that was the subject of the 2025 Order by a single letter—and his failure to transfer that domain name to Sub-Zero (by March 24) violate the 2025 Order. Docket No. 75 at 14-15.

**B.    Box Appliance**

**1.    <boxappliance.repair>**

The <boxappliance.repair> domain name was registered on September 23, 2022 and lists the *Cyrillic* spelling of "Mykolayivska oblast, Ukraine" as the domain name registrant contact:



DeWitte Decl. ¶ 13 & Ex. K at Page 58. This use of the Cyrillic spelling of Mykolayivska oblast, Ukraine, in the domain name registrant contact information is the same tactic that Wasserman and his associates used when they registered the <seasonalsubzerorepair.com>

domain name. *See* Docket No. 56-30 (Ex. DD at Page 258). A subsequent UDRP action involving that domain name revealed that Daniil was the actual registrant. *See* Docket No. 56-31 (Ex. EE at Page 263).

It does not matter which of Wasserman's Ukrainian associates registered the <boxappliance.repair> domain name. What matters is that the domain name links to a website that has the same content as the website associated with the <box-appliance.com> domain name, which *Wasserman* registered on August 16, 2020,[12] in violation of the 2019 Order. *See* Docket Nos. 74 at 2; Docket No. 75 at 8-9.



DeWitte Decl. ¶ 14 & Ex. L at Pages 62, 63; *compare* 1/28/25 Declaration of Carolyn Juarez ("Juarez Decl."), Ex. B (Annex 7) at Page 22 (same content on <box-appliance.com> website) (Docket No. 57-2).

Wasserman's ongoing use of the <boxappliance.repair> domain name and website violates the 2019 Order, for the reasons stated with respect to <box-appliance.com> in the 2025 Order. Docket No. 74 at 2 (Wasserman violated the 2019 Order by impersonating Sub-Zero's Factory Certified Service provider, Box, and using the SUB-ZERO word mark in the company name on the website).

Wasserman's failure to identify the <boxappliance.repair> domain name (by March 10) and his failure to permanently take down that domain name and website (by March 24)

---

[12] *See* Docket No. 74 at 2; Docket No. 55-1 at 13-14.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

violate the 2025 Order. Docket No. 75 at 14-15.

### 2. <boxappliancerepair.mx>

The <boxappliancerepair.mx> domain name was registered on January 10, 2025, and lists Oleksandr as the technical contact for that domain name. DeWitte Decl. ¶ 15 & Ex. M at Page 69.

The <boxappliancerepair.mx> website has much of the same content as the <boxappliances.co> website, which Oleksandr registered on May 6, 2024,[13] and which the Court ruled violated the 2019 Order. Docket No. 75 at 10, 15.



DeWitte Decl. ¶ 16 & Ex. N at Pages 74, 77; *compare* Docket No. 57-7 (Ex. G at Pages 63, 64 (screenshots from <boxappliances.co> website).

Wasserman's ongoing use of the <boxappliancerepair.mx> domain name and website violates the 2019 Order because he is directly or indirectly promoting the impersonation of Sub-Zero's Factory Certified Service provider, Box, to suggest an association with Sub-Zero that does not exist. Docket No. 32 at 10 (prohibiting both direct acts by Wasserman and indirect acts that "aid[] or abet[] any other person in committing any of the acts prohibited by (i) through (iii) above"); *see also* Docket No. 75 at 9 ("Defendant's vague, blanket denials in the face of this unrefuted evidence are not credible. A person who just 'buys and sells leads' has no reason to register to do business using a

---

[13] *See* Docket No. 55-1 at 16.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

company name intended to impersonate Box.").

Wasserman's failure to identify the <boxappliance.repair> domain name (by March 10) and his failure to permanently take down that domain name and website (by March 24) violate the 2025 Order. Docket No. 75 at 14-15.

### C.    Seasonal Comfort

#### 1.    <seasonalappliancerepair.co>

The <seasonalappliancerepair.co> domain name was registered on March 6, 2025, *two weeks* after the 2025 Order was entered, and lists "State, U[kraine]" as the registrant contact. DeWitte Decl. ¶ 18 & Ex. P at Page 88.

The associated website has much of the same content as the other domain names discussed above, including the same customer testimonial from "Lacy N."



*Id.* at ¶ 19 & Ex. Q at Pages 93, 96, 98.

Aside from violating the 2019 Order by directly or indirectly impersonating Sub-Zero's Factory Certified Service provider, Seasonal Comfort, the associated website (excerpted above) violates the 2019 Order by falsely stating that the "technicians are factory-trained" and the imposter is "a Wolf parts distributor." Docket No. 32 at 10-11.

Wasserman's failure to identify the <seasonalappliancerepair.co> domain name (by March 10) and his failure to permanently take down that domain name and website (by March 24) violate the 2025 Order. Docket No. 75 at 14-15.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

### D.      Wilshire Refrigeration

#### 1.      <wilshireappliance.co>

The <wilshireappliance.co> domain name was registered on May 31, 2024 and, as of January 7, 2025, lists Oleksandr's front, "Uaappliance" in Mykolayivska oblast, Ukraine, as the registrant. DeWitte Decl. ¶ 20 & Ex. R at Page 100.

The <wilshireappliance.co> domain name links to a website that has much the same content as the website for the <box-appliance.com> domain name, which *Wasserman* registered,[14] and repeatedly refers to the company name as "Wilshire Refrigeration *Sub-Zero* Appliance Service":



DeWitte Decl. ¶ 21 & Ex. S at Pages 105, 106; *compare id.* at Ex. L at Pages 62, 63 (screenshots from <boxappliance.repair> website).

Wasserman's ongoing use of the <wilshireappliance.co> website violates the 2019 Order because it used the SUB-ZERO word mark in the imposter company's name on the website. *See* Docket No. 74 at 2 (use of SUB-ZERO word mark in the company name on the website violated 2019 Order).

Wasserman's failure to identify the <wilshireappliance.co> domain name (by March 10) also violates the 2025 Order. Docket No. 75 at 14-15.

---

[14] *See* Docket No. 74 at 2; Docket No. 55-1 at 13-14.

Pls' Mem. in Supp. of Mot. to Hold Def. in Contempt of 2019 and 2025 Orders No. 2:18-cv-00428-JFW-MAR

## LEGAL STANDARD

"To establish a prima facie case for civil contempt, the moving party must show, by clear and convincing evidence, that the non-moving party disobeyed a specific and definite court order, and that such disobedience was (1) beyond substantial compliance, and (2) not based on a good faith and reasonable interpretation of the court's order." *Patagonia, Inc. v. The 18A Chronicles LLC*, 2023 WL 3963787, at *3 (C.D. Cal. May 22, 2023) (citation omitted). "Once the Court finds a prima facie case of civil contempt, the burden shifts to the alleged contemnor to demonstrate an inability to comply. To do so, the accused party must demonstrate that it took all reasonable steps to comply but was unable. When determining whether the non-moving party has met its burden, the Court may consider evidence, including the party's history of non-compliance." *Id.* (citations omitted).

## ARGUMENT

### I.    WASSERMAN SHOULD BE HELD IN CONTEMPT OF THE 2019 AND 2025 ORDERS.

In its January 28, 2025 contempt motion, Sub-Zero provided over a dozen examples of Wasserman-related domain names that violated the 2019 Order. *See* Docket No. 55-1 at 4-18. Because Sub-Zero does not and cannot know the entire universe of infringing domain names, the 2025 Order contains a "come clean" provision that requires Wasserman to list other infringing domain names that he and his associates registered or used after the 2019 Order was entered, and to transfer to Sub-Zero or permanently discontinue the use of those domain names. Dkt. 75 at 14-15.

Instead of "coming clean," however, Wasserman doubles down on his story that he does not control the activities of third parties, even though the Court already has rejected that argument in the 2025 Order, based on undisputed facts. *See id.* at 6-8, 10-11.

In this renewed contempt motion, Sub-Zero identifies 9 additional Wasserman-related infringing domain names/websites, the continued use of which violate the 2019 Order, and which the 2025 Order required Wasserman to disclose by March 10, 2025, and to transfer to Sub-Zero or permanently take down by March 24, 2025.

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

1    As noted at the outset, Sub-Zero has no idea whether the almost two dozen domain
2    names that it was able to identify are the tip of the iceberg or something more. Only
3    Wasserman and his associates know which domain names they registered, and it should be
4    easy for them to identify, transfer and/or shut them all down. Instead, they continue to
5    register new infringing domain names after the 2025 Order was issued.

6    Wasserman should be held in contempt of the 2019 Order (a second time) and in
7    contempt of the 2025 Order.

**A.    Sub-Zero has shown, by clear and convincing evidence, that Wasserman continues to violate both the 2019 Order and the 2025 Order.**

10    There is clear and convincing evidence that Wasserman has repeatedly violated a
11    specific and definite orders of the court (the 2019 and 2025 Orders), and that such
12    disobedience was "(1) beyond substantial compliance, and (2) not based on a good faith
13    and reasonable interpretation of the court's order." *Patagonia*, 2023 WL 3963787, at *3.

14    As has been his *modus operandi* for over a decade, Wasserman (and his associates)
15    continue to: (a) willfully infringe the SUB-ZERO and WOLF word marks by using them
16    in domain names and on websites (*see* Background § III.A.1.-4., D.); and (b) create domain
17    names and websites that impersonate Sub-Zero's Factory Certified Service providers in
18    order to deceive Sub-Zero customers into believing that the Wasserman-related entities are
19    authorized by Sub-Zero to fix their appliances (*see* Background § III.B.-C.).

20    The issuance of the 2025 Order has not deterred Wasserman from violating the 2019
21    Order. For domain names and websites that Sub-Zero did not identify in its January 28,
22    2025 contempt motion (Docket Nos. 55, 55-1), Wasserman simply pretends that he lacks
23    the ability to identify those domain names, to transfer them to Sub-Zero, or to shut down
24    the associated websites.

**B.    Wasserman's violations of the 2019 Order and the 2025 Order do not reflect substantial compliance.**

27    Wasserman's failure to disclose *any* additional domain names or websites is not

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

based on a good faith and reasonable interpretation of the 2025 Order. The Court already has found that Wasserman controls domain names and websites registered in Oleksandr's and Daniil's names.

- With respect to the <subzerorepairservice.us> domain name, Wasserman renewed the registration for that domain name for a year in early December 2024, and then, on December 13, 2024, Wasserman transferred that domain name to Oleksandr or changed the registrant information to list Oleksandr as the registrant. Docket No. 75 at 5. Wasserman has never explained why he transferred an infringing SUB-ZERO domain name to Oleksandr, and that act alone shows that Wasserman and Oleksandr are acting in concert to defraud Sub-Zero customers. Moreover, even after Wasserman transferred the <subzerorepairservice.us> domain name to Oleksandr in mid-December 2024, Wasserman continued to control the content of that website, as evidenced by Wasserman's admission that he went through that website and removed pictures and references to SUB-ZERO and Wolf may have been overlooked. *Id.* at 6, 11. Finally, as explained above, on March 28, 2025, Wasserman provided to Sub-Zero the authorization code to facilitate the transfer of the <subzerorepairservice.us> domain name to Sub-Zero, which again shows his control over that domain name. Wasserman never explains why Oleksandr would provide domain name authorization codes to Sub-Zero if he was, as Wasserman says, an independent actor.

- With respect to the <subzeroappliances.support> and <wolfappliance.care> domain names, between December 4,

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

2024 and January 27, 2025, Wasserman "directed Oleksandr to remove 'any reference to henryslist.com from these websites,'" which shows that: (a) Wasserman "continues to control those domain names[;]" and (b) "his objective in directing Oleksandr was to delete evidence tracing the infringing domain names back to [Wasserman] rather than taking those infringing domain names and websites down." Docket No. 75 at 7-8. Wasserman has now provided to Sub-Zero the authorization codes to facilitate the transfer of the <subzeroappliances.support> and <wolfappliance.care> domain names to Sub-Zero, which again is evidence of Wasserman's control over domain names registered by Oleksandr.

- With respect to the <realboxappliance.mx> domain name, Wasserman has never explained why Daniil registered that domain name *six weeks* after Wasserman obtained a license from the California Bureau of Household Goods and Services to do business as "Real Box Appliance," if Wasserman and Daniil were not acting in concert, or why the <realboxappliance.mx> website listed Wasserman's home address as the imposter company's address, or why Daniil used Wasserman's email address (henryslist.com) for years. Docket No. 74 at 2-3.

These facts refute Wasserman's continued assertion that Oleksandr and Daniil are independent actors beyond Wasserman's control.

### C. Wasserman's ongoing violations of the 2019 and 2025 Order are not based on a good faith and reasonable interpretation of those Orders.

There is no ambiguity in the language of the 2019 Order or the 2025 Order and, as explained above, Wasserman's violations of those Orders are not based on a good faith and

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

reasonable interpretation of those Orders. *See Patagonia*, 2023 WL 3963787, at *3 ("[G]iven the unambiguous command that Defendant shall not use the Irregular Logos, such disobedience does not appear to be based on a good faith and reasonable interpretation of the Injunction."). In a number of instances, Wasserman continues to use—or aid and abet his associates' use of—domain names that are *one letter variants* of domain names that the Court already ruled violate the 2019 Order, with websites that contain the identical content already found to violate the 2019 Order. Wasserman showed great urgency in demanding that Oleksandr and Daniil remove all references to Wasserman's DBA "henryslist" to conceal Wasserman's connection to those infringing domain names and try to evade liability, but Wasserman has not shown any similar urgency to comply with the 2019 and 2025 Orders and to stop infringing on Sub-Zero's rights altogether.

### D. Wasserman cannot show that he took all reasonable steps to comply with the 2019 and 2025 Orders, but was unable to.

Wasserman has not shown that he took "all reasonable steps" to comply with the 2019 and 2025 Orders. *Patagonia*, 2023 WL 3963787, at *3. As the Court ruled in the 2025 Order, "[t]he ease with which Defendant can remove content from websites that he allegedly does not own or control shows that he could have removed that same infringing content from websites and transferred domain names to Plaintiffs when the 2019 Order issued." Docket No. 75 at 11. Here, as evidence of their bad faith, Wasserman and his associates continued to register infringing domain names after the 2025 Order was entered.

## II. SUB-ZERO SHOULD BE GRANTED THE FOLLOWING RELIEF.

First, Sub-Zero's renewed motion should be granted and Wasserman should be held in civil contempt of the 2019 Order (a second time) and the 2025 Order.

Second, Wasserman should be ordered again to provide the list required under paragraph 2 of the Court's 2025 Order (Docket No. 75 at 14) within ten (10) days of the date of the Order granting Sub-Zero's renewed motion.

Third, Wasserman should be ordered again to comply with paragraph 3 of the

Court's 2025 Order (*id.*) within thirty (30) days of the date of the Order granting Sub-Zero's renewed motion.

Because Wasserman already is being assessed a $5,000 daily fine for each day after March 24, 2025 that he has failed to fully comply with the 2019 Order (*id.*), and that has not spurred Wasserman to comply with paragraphs 2 and 3 of the 2025 Order (*id.*), any further non-compliance with the 2019 or 2025 Orders after thirty (30) days of the date of the Order granting Sub-Zero's renewed motion should result in the imposition of a $10,000 daily fine on Wasserman until the date he has fully complied with the 2019 and 2025 Orders.

Finally, within thirty (30) days of the date of the Order granting Sub-Zero's renewed motion, Wasserman should be ordered to pay Sub-Zero a compensatory award of $50,000 for each domain name/website that was registered or used after the 2019 Order, and was identified in Sub-Zero's renewed motion, including: <officialwolfservice.support>; <subzeroappliance.support>; <wolfappliancesupport.co>; <seasonalsubzerorepair.co>; <boxappliance.repair>; <boxappliancerepair.mx>; <seasonalappliancerepair.co>; and <wilshireappliance.co>. The relief in this paragraph should be in addition to the relief provided in paragraph 4 of the 2025 Order (Docket No. 75 at 15), which relate to infringing domain names identified in Sub-Zero's original contempt motion (Docket No. 55-1).

## CONCLUSION

For the reasons stated, the Court should hold Wasserman in contempt of the 2019 and 2025 Orders and grant the relief requested in Sub-Zero's renewed motion.

Dated: April 14, 2025             Respectfully submitted,

FOLEY & LARDNER LLP

/s/ *Naikang Tsao*
Naikang Tsao
ntsao@foley.com

Attorney for Plaintiffs

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

## CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Plaintiffs hereby certifies that this memorandum of points and authorities contains 5,009 words, including text and footnotes, as counted using a Microsoft Word word-count feature, which:

      **X**   complies with the word limit of Local Rule 11-6.1; and

      **X**   complies with the 25-page limit set in the Court's December 23, 2024 Order (Docket No. 38).


/s/ *Naikang Tsao*
Naikang Tsao
ntsao@foley.com

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR

21

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served via the Court ECF system on April 14, 2025, upon counsel of record for Defendant.

/s/ *Naikang Tsao*
Naikang Tsao
ntsao@foley.com

Pls' Mem. in Supp. of Mot. to Hold Def.
in Contempt of 2019 and 2025 Orders
No. 2:18-cv-00428-JFW-MAR