**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sub-Zero, Inc. et al. | **CASE NUMBER** |
| | 2:18-cv-00428-JFW-MARx |
| **PLAINTIFF(S)** | |
| v. | |
| Henry Wasserman | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| **DEFENDANT(S)** | |

IT IS ORDERED that the Application for Permission for Electronic Filing by          Henry Wasserman

_____     is hereby:

☑   GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:      July 9, 2025

United States District/Magistrate Judge

☐   DENIED

*Comments:*

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)          ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING